# EXHIBIT A

**Int. Cl.: 5**

**Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 3,366,646

Registered Jan. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# OsteoSponge

BACTERIN, INC. (NEVADA CORPORATION)
600 CRUSER LANE
BELGRADE, MT 59714

FOR: HUMAN ALLOGRAFT TISSUE, DEMINERALIZED BONE MATRIX, CANCELLOUS BONE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 5-12-2005; IN COMMERCE 5-12-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SN 78-564,754, FILED 2-10-2005.

ALLISON HOLTZ, EXAMINING ATTORNEY